BETTY LOUISE SCHMELZEL, Respondent, v. CLARENCE SCHMELZEL, Appellant. (Appeal No. 3.) — Order directing the defendant to pay to the plaintiff the sum of $100 as and for a counsel fee to enable her to defend on the defendant's application to the Court of Appeals for leave to appeal affirmed, without costs. No opinion. Defendant is directed, within five days from the entry of the order hereon, to pay to plaintiff, at her attorney's office, the amount awarded to her. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

BETTY LOUISE SCHMELZEL, Respondent, v. CLARENCE SCHMELZEL, Appellant. (Appeal No. 4.) — Order directing the defendant to pay to the plaintiff the sum of $300 counsel fees to enable her to defend the appeal to the Court of Appeals taken by defendant, and for disbursements in connection therewith, affirmed, without costs. No opinion. Defendant is directed, within five days from the entry of the order hereon, to pay to plaintiff, at her attorney's office, the amount awarded to her. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.